UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:04-CR-219-LDG-VCF |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL ARMSTRONG ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#285) on August 4, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US DEPT OF EDUCATION
Amount of Restitution: $308,136.00

**Total Amount of Restitution ordered: $308,136.00\*\***
\*\*Joint and Several with co-defendant Ann Armstrong only

Dated this ___6___ day of ~~May~~ June, 2017.

_____
UNITED STATES DISTRICT JUDGE